# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| ASHLEY OLSEN ZIESER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-06103-CV-BP |
| ) | |
| EDWARD BEARDEN, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

 X   **Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **Decision by Court.**   This action came before the Court.   The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the jury verdict entered on April 28, 2022 (Doc. 199 in Case no. 18-cv-06074), the jury finds in favor of Plaintiff Ashley Olsen Zieser.


April 28, 2022                           Paige Wymore-Wynn
Date                                     Clerk of Court

                                         /s/ Shauna Murphy-Carr
                                         (by) Deputy Clerk